NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**K-TEC, INC.,**
*Plaintiff-Appellee,*

v.

**VITA-MIX CORPORATION,**
*Defendant-Appellant.*

---

2011-1244, -1484, -1512

---

Appeals from the United States District Court for the District of Utah in case no. 06-CV-0108, Judge Tena Campbell.

---

**VITA-MIX CORPORATION,**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee,*

AND

**K-TEC, INC.,**
*Appellee.*

2012-1024
(Reexamination No. 95/000,339)

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

## ON MOTION

Before MOORE, *Circuit Judge.*

### ORDER

K-TEC, Inc. (K-TEC) moves to vacate a portion of this court's order on December 15, 2011, which treated the above-captioned cases as companion cases for purposes of oral argument and to refer the motion to a judge or a panel of judges. Vita-Mix Corporation opposes. The court treats K-TEC's motion as a motion for reconsideration.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

JAN 27 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Alan L. Briggs, Esq.
    Brett L. Foster, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 27 2012

JAN HORBALY
CLERK

L. Grant Foster, Esq.
Raymond T. Chen, Esq.

s24